# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

THE HOMESTEADER'S STORE, INC.

      Plaintiff,

                                     Case No. 3:24-cv-00023

v.

KUBOTA TRACTOR CORPORATION,

      Defendant.

_____/

## ORDER

This matter came before the Court upon the Joint Motion for Indicative Ruling of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept a limited remand from the United States Court of Appeals for the Seventh Circuit and proceed to vacate the Amended Opinion and Order [Doc. 67] granting a preliminary injunction and the Preliminary Injunction [Doc. 64] entered in this case.

Having considered the parties' joint motion and being otherwise duly advised, the Court is of the opinion, and finds, that if the case is remanded to it by the United States Court of Appeals for the Seventh Circuit, this Court will grant the parties' joint motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to vacate the Amended Opinion and Order [Doc. 67] granting a preliminary injunction and the Preliminary Injunction [Doc. 64].

**IT IS, THEREFORE, ORDERED** that if this case is remanded to the District Court by the United States Court of Appeals for the Seventh Circuit, this Court will proceed to vacate the Amended Opinion and Order [Doc. 67] granting a preliminary injunction and the Preliminary Injunction [Doc. 64] entered in this case.

ENTERED this 1ST day of JULY, 2025.

BY THE COURT:

_____

JAMES D. PETERSON
District Judge